_Eddie Dan Aguilera_
Name
_6875 unicorn lane_
_Las Cruces NM 88012_
Address

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 FEB -2  PM 3: 19

CLERK-LAS CRUCES

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

_Ken miyagishima_
_miguel Dominguez_ , Defendents ~~Plaintiff~~
(Full Name)
_City of las Cruces_

v.

_Eddie Dan Aguilera Plaintif_
, ~~Defendant(s)~~

CASE NO. _22·78_

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

### A.  JURISDICTION

_Eddie Dan Aguilera_
_Ken miyagishima_
_miguel Dominguez_
1)  _City of_ _____, is a citizen of _New Mexico_
(Plaintiff)                                      ( State )
who presently resides at _345 West Madrid las Cruces NM_
(Mailing address or place of confinement)

2)  Defendant _City of las Cruces +? X 30_ _Ken miyagishima miguel Dominguez_ is a citizen of
(Name of first defendant)
_las Cruces New Mexico_ , and is employed as
(City, State)
_City Mayor Chief of police_ . At the time the claim(s)
(Position and title, if any)
_city full Civilians_
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☑  No ☐  If your answer is "Yes", briefly explain: _City official_
_utilised city police officer plus the_
_title they hold to harm manipulate and_
_or other wise bring harm to me and my family_

XE-2     2/78     CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _10X unknown city emplayes + 2# of civilion_ is a citizen of
_las Cruces    New Mexico_ , and is employed as
(Name of second defendant)
_5 city police 5×911 operators_ . At the time the claim(s)
(City, State)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑  No ☐    If your answer is "Yes", briefly explain:

in a 5 year time period these officers
Have either Directly or inderctly have
Placed the community in danger Knowingly
and neglectfuly refused to serve and protect
(Use the back of this page to furnish the above information for additional
defendants.)

4)  Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you
wish to assert Jurisdiction under different or additional statutes, you may list them
below.)

## B.  NATURE OF THE CASE

1)  Briefly state the background of your case.

they have turned there back placing
nd only my life in Danger, but
the lifes of innocent woman and children
for reasons that are unknown
at this time they have flat out refused
to fofill an oath and simply
stated they were only try to help
me out. From my understanding
of what my current situation is
either someone, or more than one
with either alot of money or alot of
power for what ever reasons they
have does not want me living in
the city of las Cruces there have
been a number of calls to 911
for attempts to take my life and
officers simply make an apereance
and leave or fail to even show up
they have allowed a number of non
city employees chase me at high
rates of speed throught the city streets
without a care or concern for
any of the city people they have
done nothing more than endonger
all of the lives of the people
that make up the city of las Cruces
a new amended crimal summons
will follow upon further Discovery
of key players in this

③                                          2

murder for Hire by Key city
employees I here by pray
the crimal Justice Depart
launch a full crimal Inostgti
to shed light onto what seem
to be a corrupt police Dept
with litte to no accountability
attached will be a list of
licence plate # of people Inolued
upon further Discovery this
writer will provide a detailed
list of names of Key city
employees titles if any Police
officers citizen and or ~~thete~~
~~cets~~ anyone else involued as
this is a massive case
of corruption these ~~officers~~
~~stopled~~ people have ruened
my life in whole they have
interfered with all aspects
of my personal life they
have in one way or another
played a role in all my friend
severing all ties

## C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)   Count I:   14, 5, 8, 11

(2)   Supporting Facts:   (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)



I was arrest on the 12, Jan 2022 the office unlawfuly stop my vehical fabricated a stady and ylaghly arrested Me, 4 days later an officer waited for Me at my home and then reaested Me for a wrrent from 2020

B)(1)   Count II:   in Jan 2022 two gentelmen tried to Kill Me at two in the mornin I found them in the middle off the Desert with a fire arm in @ city vehical with Lic ending in 7224 called the cops and they sampy

(2)   Supporting Facts:   told me I needed to see a psychologist

fact are to be added

C)(1)  Count III:

(2)  Supporting Facts:

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑  No ☐   If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) *I filled a Citezen Complaint form with No answere*

a)  Parties to previous lawsuit.

Plaintiffs:  *City of Albuquerqe*

Defendants:  *police Dept*
*David Gonzales Johnathen Oguinn*

b)  Name of court and docket number:  *CV 19 - 280*
*Eddie vs Aguibra*
*City of Albuquerqe*

c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?  *I dismissed the Case for Monetory Compensation - Honorable James porKar carmen Gorren*

d)  Issues raised:  *18, 14, 11, 5, 4*
*Civil Rights Violations*

e)  Approximate date of filing lawsuit: *3/28/19*

f)  Approximate date of disposition: *12/12/19*

2)  I have previously sought informal or formal releif from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☐   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought. *I spoke to the Supervisor regarding the insident they discret my story*

## E.   REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief: *1 million Dollars from every party involved request the Judge-leforce them to Liquidate estates Bank account Local/foreing to pay the Sun Immediatly*

_____  *Pro Se*          _____
Signature of Attorney (if any)                            Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at _United States District of New Mexico_ on _Feb 2_ 20_22_

                (Location)                      (Date)

                                      (Signature)

XE-2   2/78             - 6 -